Joshua Cohen Slatkin (SBN 285090)
jcohenslaktin@jcslaw4you.com
LAW OFFICE OF JOSHUA COHEN SLATKIN
11726 San Vicente Blvd., Suite 200
Los Angeles, California 90049
Telephone:  (310) 662-2699
Facsimile:   (310) 943-2757

Arnab Banerjee (SBN 252618)
arnab@bannerlawgroup.com
BANNER LAW GROUP
11750 Wilshire Blvd., Suite 1250
Los Angeles, California 90025
Telephone:  (323) 426-2991
Facsimile:   (323) 426-2975

Attorneys for Plaintiff,
Manuel Andrade

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANDRADE, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEACON SALES ACQUISITION, INC., BEACON ROOFING SUPPLY, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-06963-MCS (RAOx)<br>Hon. Mark C. Scarsi<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     January 25, 2021<br>Time:    9:00 a.m. Place: Courtroom 7C |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 25, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 7C of the above-captioned court, located at 350 West First Street, Los Angeles, California 90012, Plaintiff Manuel Andrade ("Plaintiff") will, and hereby does, move this Court to:

1. Preliminarily approve the settlement described in the Class Action Settlement Agreement and Stipulation, attached as Exhibit 1 to the Declaration of Arnab Banerjee;

2. Conditionally certify the Settlement Class;

3. Preliminarily approve the appointment of Plaintiff Manuel Andrade as a representative for the Class for settlement purposes;

4. Preliminarily approve the appointment of counsel for Plaintiff Manual Andrade as Class Counsel;

5. Appoint Simpluris, Inc. as the Settlement Administrator;

6. Approve the Notice of Class Action Settlement to the Settlement Class;

7. Approve the procedure for Opt Out Requests, Objections, or Disputes;

8. Set a hearing date for final approval of the settlement.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Arnab Banerjee; (4) the Declaration of Joshua Cohen Slatkin; (5) the Class Action Settlement Agreement and Stipulation; (6) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

This motion is unopposed by Defendants Beacon Sales Acquisitions, Inc. and Beacon Roofing Supply, Inc. (collectively, "Defendants" or "Beacon").

RESPECTFULLY SUBMITTED.

BANNER LAW GROUP

Date: December 24, 2020

/s/ Arnab Banerjee
_____
Arnab Banerjee
Joshua Cohen Slatkin,
Attorneys for Plaintiff MANUEL ANDRADE